**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7430**

NATHANIEL ELLERBE, JR.,

Plaintiff - Appellant,

versus

ROBERT ANDERSON; CLARENCE HALL,

Defendants - Appellees,

and

WILLIS GRIFFIN; ALVIA SUTTON,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-94-19-5-BR)

Submitted: March 21, 1996          Decided: April 4, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nathaniel Ellerbe, Jr., Appellant Pro Se. Sylvia Hargett Thibaut, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm the grant of summary judgment on qualified immunity grounds. <u>Ellerbe v. Anderson</u>, No. CA-94-19-5-BR (E.D.N.C. Aug. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>